IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of:** | )<br>) Case No. 20-80495-CRJ-11 |
| **MARVIN REX RANKIN, III**<br>SSN: xxx-xx-3901 | )<br>) Chapter 11 |
| **MARY BETH LEMMOND RANKIN**<br>SSN: xxx-xx-7950<br>*aka* **Mary Beth Lemmond**<br>*fdba* **Chop Chop** | )<br>)<br>)<br>) |
| **Debtors.** | ) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a), OR IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION

COMES NOW, Ally Bank (hereinafter referred to as "Ally Bank"), and requests this Honorable Court for an order terminating the automatic stay imposed by 11 U.S.C. 362(a), in order that it may foreclose, repossess or otherwise liquidate its collateral. As grounds for this motion, Ally Bank respectfully represents unto the Court as follows:

1. The Debtors in the above styled cause, Marvin Rex Rankin, III and Mary Beth Lemmond Rankin (hereinafter "the Debtors"), filed a petition in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division, the same being Case No. 20-80495-CRJ-11.

2. On December 14, 2017, the Debtors executed a Retail Installment Sales Contract purchasing **one (1) 2014 Dodge Grand Caravan, VIN: 2C4RDGBG7ER401573**. Ally Bank holds a perfected lien on said collateral.

3. That Ally Bank avers that the Debtors failed and refused to make payments as set out in the contract and the contract is now in default for the installment months of March 2020 through May 2020 in the amount of $770.79.

Rankin, III; File #20-05023-BK

4. That the contract provides that any failure by the Debtors to make any payments when due constitutes an event of default, and that Ally Bank would then be able to accelerate the entire debt and make all amounts due under the contract, including all other related costs, expenses and attorneys' fees. The terms and conditions of the contract provide that Ally Bank may then exercise certain other remedies, including recovery of its collateral.

5. That the Debtors have made no contractual payments since the filing of this petition, and the account is now in default.

6. That upon information and belief of Ally Bank, the Debtors have continued to use and possess the collateral to the detriment of Ally Bank without providing Ally Bank the adequate protection of its interest in the collateral as required by law.

7. Ally Bank under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Ally Bank further avers that there is no value in the collateral herein beyond the indebtedness owed to Ally Bank and that there is no equity in the said collateral for the estate.

8. Ally Bank also claims fees and costs for the filing of this motion.

9. Ally Bank request that the stay provided in Federal Rules of Bankruptcy 4001(a)(3) shall not apply to the order entered pursuant to this motion.

WHEREFORE, PREMISES CONSIDERED, Ally Bank request this Honorable Court for an Order granting its above and foregoing motion, and for waiver of the fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure and for such further and other relief as this Court deems proper.

Rankin, III; File #20-05023-BK

_____
Paul J. Spina III,
Attorney for Creditor
One Perimeter Park South, Suite 400N
Birmingham, AL 35243
205-298-1800
pspina@spinalavelle.com

**OF COUNSEL:**
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing motion on all parties as listed on the Clerk's Certified Matrix, Tazewell Shepard, The Debtors' Attorney, and Richard Blythe, Office of the Bankruptcy Administrator by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid on this the __22nd__ day of **June, 2020**.

_____
Paul J. Spina III,
Attorney for Creditor
One Perimeter Park South, Suite 400N
Birmingham, AL 35243
205-298-1800
pspina@spinalavelle.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 20-80495-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Jun 19 15:04:39 CDT 2020 | Bryant Bank<br>320 Pelham Avenue SW, Suite 100<br>Huntsville, AL 35801-5051 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Renasant Bank<br>c/o C. Paul Davis<br>Davis Law Firm, P.C.<br>5016 Littlebury Road SE<br>HUNTSVILLE, AL 35802-1825 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | *Alabama Department of Revenue<br>Income Tax Division<br>P O Box 327460<br>Montgomery, AL 36132-7460 |
| *Amanda Scott, CPA<br>Revenue Commission, Morgan County<br>P.O. Box 696<br>Decatur, AL 35602-0696 | *American Express Platinum<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | *Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850-5019 |
| *Bryant Bank of Huntsville<br>320 Pelham Avenue SW<br>Suite 100<br>Huntsville, AL 35801-5051 | *Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Land Rover Financial Group<br>P.O. Box 78232<br>Phoenix, AZ 85062-8232 |
| *Lynda Hall Tax Collector<br>Madison County Courthouse<br>100 Northside Sq<br>Huntsville, AL 35801-4876 | *Renasant Bank<br>1309 Stratford Road SE<br>Decatur, AL 35601-6040 | *Renasant Visa<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 |
| Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | First Community Bank of Cullman<br>420 2nd Avenue SW<br>Cullman, AL 35055-4107 |
| JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Title Max<br>6th Avenue<br>Decatur, AL 35601 |
| U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| James H. Richardson<br>Richardson Maples, PC<br>301 East Holmes Ave., Suite 100<br>Huntsville, AL 35801-5525 | Marvin Rex Rankin III<br>303-D Beltline Place SW, #601<br>Decatur, AL 35603-1716 | Mary Beth Lemmond Rankin<br>901 E. Main Street<br>Hartselle, AL 35640-2015 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Robert J Landry<br>Anniston Bankruptcy Administrator<br>1129 Noble Street<br>Room 117<br>Anniston, AL 36201-4674 | Tazewell Shepard<br>Tazewell Shepard, P.C.<br>PO BOX 19045<br>HUNTSVILLE, AL 35804-9045 |

Tazewell Taylor Shepard IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804-9045

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Renasant Bank
c/o C. Paul Davis
Davis Law Firm, P.C.
5016 Littlebury Road SE
Huntsville, AL 35802-1825

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33