## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| MARVIN REX RANKIN, III[1] } | CASE NO. 20-80495-CRJ-11 |
| SSN: XXX-XX-3901 } | |
| MARY BETH LEMMOND RANKIN } | CHAPTER 11 |
| SSN: XXX-XX-7950 } | |
| } | (JOINTLY ADMINISTERED) |
| Debtors. } | |

### ORDER EXTENDING DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATIOIN

Before the Court is the Debtors' Motion to Continue Deadline for Debtors to File Disclosure Statement and Plan of Reorganization, requesting a sixty-day extension of the current July 15, 2020 deadline. For cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Debtors' Motion to Continue Deadline for Debtors to File Disclosure Statement and Plan of Reorganization is **APPROVED.**

2. The deadline for each Debtor to file a Disclosure Statement and Chapter 11 Plan of Reorganization is hereby extended to **September 15, 2020** by **5:00 p.m., CDT**.

Dated this the 7th day of July, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

[1] In addition to Marvin Rex Rankin III and Mary Beth Lemmond Rankin, the Debtors include the following: RWS Charter, LLC, Case No. 20-80470-CRJ-11 and Bayport Corporation, Ltd., Case No. 20-80471-CRJ-11.