# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: MARVIN REX RANKIN III[1]<br>SSN: xxx-xx-3901 | ) ) ) | Case No.: 20-80495-CRJ-11 |
| and | ) ) | |
| MARY BETH LEMMOND RANKIN<br>SSN: xxx-xx-7950 | ) ) ) ) | |
| Debtors. | ) | CHAPTER 11 |
| _____ | ) | |

## ORDER APPROVING FIRST INTERIM
## PROFESSIONAL FEES AND EXPENSES FOR
## <u>CHAPTER 11 DEBTORS' ATTORNEYS</u>

This matter came before the Court for hearing upon the Debtors First Motion for Approval of Interim Professional Fees and Expenses for Chapter 11 Debtor's Attorneys (Doc. 77). After proper notice, a hearing was held on July 27, 2020 with appearances by Tazewell T. Shepard IV on behalf of the Debtor and Richard M. Blythe on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator reviewed the application and has recommended approval of the compensation and expenses in the amount of $33,426.35, as follows:

| | | |
|---|---|---|
| Marvin Rex Rankin and | Compensation: | $ 9,376.00 |
| Mary Beth Lemmond Rankin | Expenses: | $    192.05 |
| | Combined Total: | $ 9,568.05 |
| | | |
| RWS Charter LLC | Compensation: | $ 9,464.00 |
| | Expenses: | $    223.60 |
| | Combined Total: | $ 9,687.60 |
| | | |
| Bayport Corporation Ltd. | Compensation: | $13,711.00 |
| | Expenses: | $    459.70 |
| | Combined Total: | $14,170.70 |

Upon consideration of the pleadings, and in light of the representations of the parties at the hearing, by the Court it is

---

[1] In addition to Marin Rex Rankin III and Mary Beth Lemmond Rankin., the Debtors include the following: RWS Charter LLC, Case No. 20-80470-CRJ11; and Bayport Corporation, Ltd., Case No. 20-80471-CRJ11

**ORDERED, ADJUDGED** and **DECREED** that the First Motion for Approval of Interim Professional Fees and Expenses for Chapter 11 Debtors' Attorneys (Doc. 77) is hereby **APPROVED** in the amount of $33,426.35, consisting of compensation for legal services to Debtors Marvin Rex Rankin and Mary Beth Lemmond Rankin in the amount of $9,568.05, to Debtor RWS Charter LLC in the amount of $9,687.60, and to Debtor Bayport Corporation Ltd. in the amount of $14,170.70, as itemized above; and it is further

**ORDERED, ADJUDGED**, and **DECREED** that the Debtors are authorized and ordered to pay said amount to the attorneys for services rendered.

Dated this the 27th day of July, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor