# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **BANKRUPTCY CASE** |
| | ) | |
| **MARVIN REX RANKIN, III, and** | ) | **NO.: 20-80495-CRJ11** |
| **MARY BETH LEMMOND RANKIN** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER TERMINATING AUTOMATIC STAY AS TO *PERSONAL PROPERTY*

This matter having come before the Court on August 24, 2020 upon the Motion for Relief from the Automatic Stay and Co-Debtor Stay (hereinafter, "Motion for Relief") of JPMORGAN CHASE BANK, N.A. (hereinafter, "Movant") [Docket #113], seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to one 2016 Land Rover Range Rover motor vehicle, VIN SALGV2EFXGA298322, (hereinafter referred to as "Collateral"), securing the claim of Movant and further described in Exhibit "A" of the Motion for Relief filed with the Court. The Court considered the Motion and finds that good cause exists to lift the stay and it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

The Motion for Relief is **APPROVED**, and the stay provided under 11 U.S.C. §362(a) is terminated as it relates to the enforcement of the security interest in favor of Movant regarding the aforementioned Property, and Movant, its successor and assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, repossession and liquidation of the collateral and removal and disposal of any personal property remaining in said Property, in accordance with the provisions of the note, security agreement and in conformity with the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P. 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other chapter of the Bankruptcy Code.

**IT IS FURTHER ORDERED** Movant has leave to amend for a deficiency balance, if applicable. Further, Movant shall be permitted to communicate with the Debtor's counsel to the extent

necessary to comply with the applicable nonbankruptcy law.

Dated this the 24th day of August, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

This Order prepared by:

Jackson E. Duncan, III
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
 2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone: (205) 208-1804
Email:  Jackson.Duncan@mccalla.com

This Order approved by:

**Tazewell Shepard, IV**
Attorney for Debtor
Sparkman, Shepard & Morris, P.C.
Post Office Box 19045
Huntsville, Alabama 35804
Phone (256) 512-9924
ty@ssmattorneys.com