# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In the Matter of:  }
MARVIN REX RANKIN, III and  }  CASE NO. 20-80495-CRJ-11
MARY BETH LEMMOND RANKIN  }
                          }  CHAPTER 11
            Debtors.      }

## ORDER: (1) HOLDING GEORGE WAYNE WHITE, CPA AND WWG CPA LLC IN CONTEMPT OF COURT; AND (2) SCHEDULING HEARING ON SANCTIONS

On July 29, 2020, this Court entered an Order on Debtor's Motion to Compel Turnover, ECF No. 109, directing George Wayne White, CPA (hereinafter "White") and WWG CPA LLC to turnover by August 7, 2020 all tax returns, financial and accounting records, electronic records, funds held in trust and any other documents belonging to or related to the bankruptcy estates of Marvin Rex Rankin III, Mary Beth Lemmond Rankin, RWS Charter, LLC, and Bayport Corporation, LTD.

On August 11, 2020, the Court entered an Order to Show Cause Why George Wayne White, CPA and WWG CPA LLC Should Not be Held in Contempt and Sanctions Imposed for Failure to Comply with an Order Requiring Turnover (hereinafter "Order to Show Cause"), ECF No. 123, ordering White and an authorized representative of WWG CPA LLC to appear before the Court on August 24, 2020 and show cause why they should not be held in contempt for knowingly, intentionally and deliberately failing to comply with this Court's Order on Debtor's Motion to Compel Turnover. During the hearing held on August 24, 2020, counsel for the Debtors reported that neither White nor WWG CPA LLC turned over the documents as directed, and no one appeared on behalf of either party.

**IT IS THEREFORE ORDERED ADJUDGED and DECREED AS FOLLOWS:**

1. George Wayne White, CPA and WWG CPA LLC are hereby found in Contempt of this Court's Order on Debtor's Motion to Compel Turnover.

2. Counsel for White and WWG CPA LLC must appear telephonically on **September 14, 2020** at **2:30 p.m.** before the Honorable Clifton R. Jessup, Jr. for hearing to determine the nature and amount of sanctions to be imposed pursuant to 11 U.S.C. § 105(a) based upon their knowing, intentional, and deliberate failure to comply with an Order of this Court.

3. Counsel for the Debtors are directed to immediately serve a copy of this Order upon George Wayne White, CPA and WWG CPA LLC.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 24th day of August, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge