Form Number LR 4001-1 (c) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | } | Case No. 20-80495 |
| MARVIN REX RANKIN III | } | Chapter 11 |
| | } | |
| MARY BETH LEMMOND RANKIN | } | |
| Debtor(s) | } | |

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: Retail Installment       Date of Loan/Credit Transaction 3/4/2019

Type of Collateral:  Land Rover Vehicle       Monthly Payment: 500.00

Amount Financed:  $20,156.50       APR or Interest Rate: 7.50

Term of Loan:  24       months or _____ years

Payoff Amount:  $17,319.52       as of 8/20/2020 (Date)

Value of Collateral and Basis:  $7,000 (Value) as of 2/15/2020 (Date) and Debtors (Basis)

Address of real property: _____

Delinquent Pre-Petition Payments:
- What Month(s)? February, 2020
- Amount? $500.00
- Claim filed? ✓ Yes ____ No
- Date claim filed: 03/30/2020   Claim Number 3-1

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: N/A

Delinquent Post-Petition Payments:
- What Month(s)? March-August, 2020
- Amount of ~~mortgage~~ payments? $3,500.00
- Late Charges? 150.00
- Court Costs / Attorney's fees? 625.00
- Total Amount Due $4,275.00
- Claim filed? ✓ Yes ✓ No
- Date claim filed: 03/30/2020   Claim Number 3-1

Number of Post-Petition Payments Received (Not How Applied): None
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: None
Number of Post-Petition Payments Returned by Creditor to Debtor: None

If Lease, Lease Expiration Date: N/A
If Terminated, Lease Termination Date: N/A

Insurer of Collateral: N/A
Term of Insurance: _____ (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: ____ Yes ✓ No
If yes, give case number(s) and date(s) of order(s)
- Case No.: _____ Date: _____
- Case No.: _____ Date: _____
- Case No.: _____ Date: _____

Debtor's Statement of Intention: N/A

Date: August 24, 2020       Submitted by: /s/ C. Paul Davis
                            (signature)