IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: MARVIN REX RANKIN III[1] | ) | |
| SSN: xxx-xx-3901 | ) | Case No.: 20-80495-CRJ-11 |
| | ) | |
| and | ) | |
| | ) | |
| MARY BETH | ) | |
| LEMMOND RANKIN | ) | |
| SSN: xxx-xx-7950 | ) | |
| | ) | |
| Debtors. | ) | CHAPTER 11 |
| | ) | |

**SECOND MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES
AND EXPENSES FOR CHAPTER 11 DEBTORS' ATTORNEY**

COMES NOW the duly appointed and acting Debtors-in-Possession in the above styled Chapter 11 case, and shows the Court as follows:

**General Background**

1. On February 18, 2020 the Debtors, Marvin Rex Rankin and Mary Beth Lemmond Rankin, commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. On February 13, 2020 the Debtors, RWS Charter LLC and Bayport Corporation Ltd., commenced with this Court voluntary cases under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

3. The Debtors continue to be authorized to operate the business as Debtors-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. On February 25, 2020, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtors' counsel. That day, this Court also entered an Order approving the Debtors Motions to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtors' 20 largest unsecured creditors, all parties requesting notice, any committees appointed in this matter, the Bankruptcy Administrator (the "Notice Parties").

4. This Court's order of February 25, 2020 also orders the Debtors counsel to file with the Court, beginning on July 1, 2020, and serve upon the Notice Parties not more than once

---

[1] In addition to Marin Rex Rankin III and Mary Beth Lemmond Rankin., the Debtors include the following: RWS Charter LLC, Case No. 20-80470-CRJ11; and Bayport Corporation, Ltd., Case No. 20-80471-CRJ11

every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

## **Relief Requested**

5. The said professional currently employed by the Debtors has previously served Monthly Fee Notices for the months of June, July, and August 2020, with balances due on each as shown below:

### **Marvin Rex Rankin and Mary Beth Lemmond Rankin**

June 2020  Compensation: $2,490.50 (0% paid) / Expenses: $27.20 (100% paid)
Total: $2,517.70
Date of Notice: July 1, 2020
Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 2,490.50

July 2020  Compensation: $4,553.50 (0% paid) / Expenses: $166.85 (100% paid)
Total: $4,720.35
Date of Notice: August 3, 2020
Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 4,553.50

August 2020  Compensation: $4,086.50 (0% paid) / Expenses: $61.80 (100% paid)
Total: $4,148.30
Date of Notice: August 31, 2020
Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 4,086.50

TOTAL COMPENSATION AND FEES INCURRED DURING THIS PERIOD:
Compensation:      $11,130.50
Expenses:          $    255.85
Combined Total:    $11,386.35

### **RWS Charter LLC**

June 2020  Compensation: $4,989.50 (0% paid) / Expenses: $4.80 (100% paid)
Total: $4,994.30
Date of Notice: July 1, 2020
Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 4,989.50

July 2020                Compensation: $8,312.50 (0% paid) / Expenses: $1.50 (100% paid)
                         Total: $8,314.00
                         Date of Notice: August 3, 2020
                         Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 8,312.50

August 2020              Compensation: $3,163.50 (0% paid) / Expenses: $0.00 (100% paid)
                         Total: $3,163.50
                         Date of Notice: August 31, 2020
                         Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 3,163.50

TOTAL COMPENSATION AND FEES INCURRED DURING THIS PERIOD:
         Compensation:      $16,465.50
         Expenses:          $     6.30
         Combined Total:    $16,471.80

### Bayport Corporation Ltd.

June 2020                Compensation: $1,636.50 (0% paid) / Expenses: $0.00 (100% paid)
                         Total: $1,636.50
                         Date of Notice: July 1, 2020
                         Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 1,636.50

July 2020                Compensation: $3,341.50 (0% paid) / Expenses: $0.00 (100% paid)
                         Total: $3,341.50
                         Date of Notice: August 3, 2020
                         Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 3,341.50

August 2020              Compensation: $442.50 (0% paid) / Expenses: $0.00 (100% paid)
                         Total: $442.50
                         Date of Notice: August 31, 2020
                         Amount of fees unpaid and to be satisfied by the Debtor after Court approval of this present application: $ 442.50

TOTAL COMPENSATION AND FEES INCURRED DURING THIS PERIOD:
         Compensation:      $ 5,420.50
         Expenses:          $     0.00
         Combined Total:    $ 5,420.50

6.     No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

7. This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor requests that the Court: enter an Order approving such compensation and expenses and authorizing the Debtor to pay same; and grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 30th day of September, 2020.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this 30th day of September, 2020 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 all persons requesting notice and the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV