

**All Yacht Registries, Inc.**  6000122683
12865 Southdale Drive, Omaha, Ne 68137
Phone: 402-505-8014  Fax: 402-505-8018

Email: AllYachtRegsInc@aol.com
Web Address: www.AllYachtRegistries.com

Domestic & Foreign Registries • Domestic & Foreign Corporations

July 15, 2011

Mr. Ken Watson
**BRYANT BANK**
415 Church Street
Huntsville, Alabama 35801

Re:  The Vessel – **ByeLuvYaSeaYa**
     Official No – **743236 (BVI)**
     Customer – **Rex Rankin**

Dear Mr. Watson:

Enclosed please find the Post Filing Transcript of Registry for the vessel ByeLuvYaSeaYa. There are some typos in the Address and in the Bank Name on the Original Received, so I asked that they email me corrected Transcript. It is also enclosed. They will regular mail the corrected Transcript to me, and I can forward upon receipt if you need it.

Respectfully,
*ALL YACHT REGISTRIES, INC.*

Jan Painter
President



BRITISH VIRGIN ISLANDS

Prescr... ..e Commissioners of Customs & Excise with the consent of The Secretary of State for Transp...

# TRANSCRIPT OF  BRITISH REGISTRY

## PARTICULARS OF SHIP

| Name of Ship | Port | Year Number | Official Number |
|---|---|---|---|
| BYELUVYASEAYA | ROAD HARBOUR | 88 IN 2011 | 743236 |

| Where built: | When built | Whether sailing, steam or motor ship; if steam or motor how propelled | Signal letters (if any) |
|---|---|---|---|
| ZHANGZHOU, P.R.O.C. | 2006 | MOTOR TWIN SCREW | |

| Name and address of builder: | | | metres |
|---|---|---|---|
| NORSEMAN SHIPYARD LTD. (MARLOW YACHTS LTD) ZHANGPU, ZHANGZHOU PEOPLE REPUBLIC OF CHINA | No. of decks: One | Overall Length | 23.83 |
| | No. of masts: None | | |
| | Rigged: Not Rigged | Main Breadth | 6.17 |
| | Stem: Raked | | |
| | Stern: Transom | Depth | 3.40 |
| | Build: Carvel | | |

| Name, year and port of previous registry (if any) | Framework and description of Vessel: Glass Reinforced Plastic Pleasure Yacht |
|---|---|
| EX " PENINSULA " U.S.A. O.N. O.N. 1187649 | No. of hulls: One  No. of watertight bulkheads: Two  No. of non-watertight bulkheads: Six |

The following tonnages for the vessel extracted from the British Tonnage Certificate:

GROSS 89.38 tons ( 252.95 Cubic metres)

NET 89.38 tons ( 252.95 Cubic metres)

Propelling particulars (as supplied by builders, owners or engine makers)

| Engines | Description | Name and address of makers | Reciprocating Engines | | Rotary engines | kW |
|---|---|---|---|---|---|---|
| No. of sets: 2 | INTERNAL COMBUSTION | CATERPILLAR, INC P.O. BOX 610 MOSSVILLE, IL 61552-9340, U.S.A. | No. of cylinders in each set | Diameter of cylinders | No. of cylinders in each set | Estimated speed of ship |
| No. of shafts: 2 | | | | | | |
| When made: 2006 | | | 12 | N/K | N/K | 2281.60 |
| | | | Length of stroke: | | | |
| | | | N/K | | | |

*Please see overleaf for certificate*

T345A (V2/00)


## Name(s) and Address(es) of Owner(s)

**BYELUVYASEAYA LIMITED**
9 COLUMBUS CENTRE, PELICAN DRIVE
P.O. BOX 805, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS

*64 shares*

*Corrected Copy.*


## Details of Mortgages (if any)

| Priority | Type | Mortgagor(s) | | |
|---|---|---|---|---|
| A | Account Current | BYELUVYASEAYA LIMITED<br>9 COLUMBUS CENTRE<br>PELICAN DRIVE, P.O. BOX 805<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS | BRYANT BANK<br>P.O. BOX 46<br>HUNTSVILLE, ALABAMA 35804<br>USA | 64 |

Registry closed on:                    Reason:

I hereby certify that the foregoing printed and written particulars are a true extract from the records now in my charge, showing the descriptive particulars, present registered ownership / ~~registered ownership as at~~ .................................... and interest / ~~free of incumbrance~~ of the vessel:    BYELUVYASEAYA

Official Number:  743236

Date & Time of transcript:   13/07/2011 at 14:02

Registrar of British Ships Road Harbour



Office stamp


BRITISH VIRGIN ISLANDS

# TRANSCRIPT OF  BRITISH REGISTRY

T345A

Prescribed the Commissioners of Customs & Excise with the consent of The Secretary of State for Transport

## PARTICULARS OF SHIP

| Name of Ship | Port | Year Number | Official Number |
|---|---|---|---|
| BYELUVYASEAYA | ROAD HARBOUR | 88 IN 2011 | 743236 |

| Where built: | When built | Whether sailing, steam or motor ship; if steam or motor how propelled | Signal letters (if any) |
|---|---|---|---|
| ZHANGZHOU, P.R.O.C. | 2006 | MOTOR TWIN SCREW | |

| Name and address of builder: | | | |
|---|---|---|---|
| NORSEMAN SHIPYARD LTD. (MARLOW YACHTS LTD) ZHANGPU, ZHANGZHOU PEOPLE REPUBLIC OF CHINA | No. of decks: One<br>No. of masts: None<br>Rigged: Not Rigged<br>Stem: Raked<br>Stern: Transom<br>Build: Carvel | Overall Length<br>Main Breadth<br>Depth | metres<br>23.83<br>6.17<br>3.40 |

| Name, year and port of previous registry (if any) | Framework and description of Vessel: Glass Reinforced Plastic Pleasure Yacht |
|---|---|
| EX " PENINSULA " U.S.A. O.N. O.N. 1187649 | No. of hulls: One<br>No. of watertight bulkheads: Two  No. of non-watertight bulkheads: Six |

The following tonnages for the vessel extracted from the British Tonnage Certificate:

GROSS  89.38 tons ( 252.95 Cubic metres)

NET  89.38 tons ( 252.95 Cubic metres)

Propelling particulars (as supplied by builders, owners or engine makers)

| Engines | Description | Name and address of makers | Reciprocating Engines | | Rotary engines | kW |
|---|---|---|---|---|---|---|
| | | | No. of cylinders in each set | Diameter of cylinders | No. of cylinders in each set | Estimated speed of ship |
| No. of sets: 2<br>No. of shafts: 2<br>When made: 2006 | INTERNAL COMBUSTION | CATERPILLAR, INC<br>P.O. BOX 610<br>MOSSVILLE, IL 61552-9340, U.S.A. | 12 | N/K | N/K | 2281.60 |
| | | | Length of stroke: | | | |
| | | | N/K | | | |

*Please see overleaf for certificate*

T345A (V2/00)

Case 20-80495-CRJ11  Doc 182-8  Filed 11/13/20  Entered 11/13/20 09:26:26  Desc Exhibit Exhibit 7a    Page 4 of 5



## Name(s) and Address(es) of Owner(s)

**BYELUVYASEAYA LIMITED**
9 COLUMBUS CENTRE, PELICAN DRICE
P.O. BOX 805, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS

*64 shares*



## Details of Mortgages (if any)

| Priority | Type | Mortgagor(s) | Mortgagee(s) | Shares |
|---|---|---|---|---|
| A | Account Current | BYELUVYASEAYA LIMITED<br>9 COLUMBUS CENTRE<br>PELICAN DRICE, P.O. BOX 805<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS | BRYANT BAN<br>P.O. BOX 46<br>HUNTSVILLE<br>ALABAMA 35804<br>USA | 64 |

Registry closed on:                    Reason:

---

I hereby certify that the foregoing printed and written particulars are a true extract from the records now in my charge, showing the descriptive particulars, present registered ownership / ~~registered ownership as~~ at .................................. and interest / ~~free of incumbrance~~ of the vessel:    BYELUVYASEAYA

Official Number:  743236

Date & Time of transcript:   08/07/2011 at 15:28

Registrar of British Ships Road Harbour



Office stamp: REGISTRAR OF SHIPS — JUL 0 8 2011 — BRITISH VIRGIN ISLANDS