IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| MARVIN REX RANKIN III, | ) | |
| SSN: XXX-XX-3901 | ) | CASE NO. 20-80495-CRJ11 |
| | ) | |
| MARY BETH LEMMOND RANKIN | ) | |
| SSN: XXX-XX-7950 | ) | |
| | ) | |
| Debtors. | ) | CHAPTER 11 |
| | ) | |

## DECLARATION OF J. MARK COBB

Before me, the undersigned authority, personally appeared J. Mark Cobb, who declares and says as follows:

1. My name is J. Mark Cobb. I am over twenty-one years of age, and I make this affidavit based upon my personal knowledge.

2. In 1987 I obtained a Bachelor of Science degree in Aerospace Maintenance Management from Middle Tennessee State University in Murfreesboro Tennessee. Thereafter, in 1995 I obtained my Masters Degree in Aerospace Education from Middle Tennessee State University.

3. I have worked in the aviation industry my entire professional career. A copy of my resume is attached to this Affidavit.

4. In January, 1996 I started and became President of Fayetteville Aviation, Inc. My duties as President at Fayetteville Aviation include negotiating the purchase and sale of airplanes. This includes airplanes similar to the Beechcraft King Air B-200 Airplane owned by Rex Rankin and RWS Charter.

1

5. As part of my job with Fayetteville Aviation I have inspected a 1979 Beechcraft King Air B-200 Airplane N976KC ("Aircraft") at the request of Bryant Bank.

6. Based on my inspection of this Aircraft my professional opinion is that this King Air B-200 Aircraft has a present value of $950,000. The value of this Aircraft will decline, however, if routine maintenance is not done on the Aircraft or if the log books are not maintained.

FURTHER YOUR DECLARANT SAYETH NOT.

_____
J. MARK COBB

Case 20-80495-CRJ11    Doc 182-11    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc Exhibit Exhibit 10    Page 2 of 2