

# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
901 Main St E
See Additional Comments
Hartselle, AL  35640

### FOR:
Bryant Bank - Credit Administration
1550 McFarland Blvd North
Tuscaloosa, AL  35406

### AS OF:
12/19/2019

### BY:
SEAN W. HOLLIS
HOLLIS AND ASSOCIATES APPRAISALS LLC
2609 CHAPEL HILL RD SW
DECATUR, AL 35603
PH: (256) 350-1251

## Subject Photo Page

| | |
|---|---|
| Borrower | Marvin Rankin |
| Property Address | 901 Main St E |
| City | Hartselle |
| County | Morgan |
| State | AL |
| Zip Code | 35640 |
| Lender/Client | Bryant Bank - Credit Administration |



### Subject Front

| | |
|---|---|
| 901 Main St E | |
| Sales Price | |
| Gross Living Area | 2,920 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.1 |
| Location | N;Suburban; |
| View | N;Res; |
| Site | 21871 sf |
| Quality | Q4 |
| Age | 103 |



### Subject Street



### Subject Street

Form PIC3x5.SR - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc Exhibit Exhibit 13    Page 2 of 20

## Comparable Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Marvin Rankin | | | | | |
| Property Address | 901 Main St E | | | | | |
| City | Hartselle | County | Morgan | State  AL | Zip Code | 35640 |
| Lender/Client | Bryant Bank - Credit Administration | | | | | |



### Comparable 1
403 Main St E
Prox. to Subject       0.35 miles SW
Sale Price                 85,000
Gross Living Area   2,373
Total Rooms            6
Total Bedrooms     3
Total Bathrooms    2.0
Location                   N;Suburban;
View                         N;Res;
Site                           13529 sf
Quality                     Q4
Age                          89



### Comparable 2
303 Hickory St SE
Prox. to Subject       0.42 miles SW
Sale Price                 86,000
Gross Living Area   3,100
Total Rooms            7
Total Bedrooms     4
Total Bathrooms    3.0
Location                   N;Suburban;
View                         N;Res;
Site                           13500 sf
Quality                     Q4
Age                          79



### Comparable 3
612 Hickory St SE
Prox. to Subject       0.24 miles SW
Sale Price                 157,000
Gross Living Area   2,254
Total Rooms            7
Total Bedrooms     4
Total Bathrooms    2.0
Location                   N;Suburban;
View                         N;Res;
Site                           11571 sf
Quality                     Q3
Age                          75

# Exterior–Only Inspection Residential Appraisal Report    File # 25525-000003

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 901 Main St E |
| City | Hartselle |
| State | AL |
| Zip Code | 35640 |
| Borrower | Marvin Rankin |
| Owner of Public Record | Mary Beth Lemmond |
| County | Morgan |
| Legal Description | See Additional Comments |
| Assessor's Parcel # | 15 01 11 4 000 013.000 |
| Tax Year | 2019 |
| R.E. Taxes $ | 0 |
| Neighborhood Name | Hartselle |
| Map Reference | 19460 |
| Census Tract | 0053.01 |
| Occupant | ☐ Owner ☒ Tenant ☐ Vacant |
| Special Assessments $ | 0 |
| PUD | ☐ HOA $ 0 ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Collateral Valuation |
| Lender/Client | Bryant Bank - Credit Administration |
| Address | 1550 McFarland Blvd North, Tuscaloosa, AL 35406 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).    Per MLS the subject has not listed in the last 12 months.

## CONTRACT

☐ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) _____
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☐ Suburban ☒ Rural | Property Values: ☐ Increasing ☒ Stable ☐ Declining | PRICE / AGE | One-Unit 60% |
| Built-Up: ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) / (yrs) | 2-4 Unit 5% |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 40 Low 1 | Multi-Family 5% |
| | | 160 High 125 | Commercial 20% |
| | | 76 Pred. 75 | Other 10% |

Neighborhood Boundaries: Bound on the North by Bethel Rd NE, East by I-65, South by Parker Rd SE, and West by 2nd Ave.

Neighborhood Description: This Rural area shows an average degree of maintenance and upkeep. The market appears to be stable with an average number of homes on the market for sale. Most homes in the area conform to the neighborhood.

Market Conditions (including support for the above conclusions): Market conditions as of the date of the appraisal are stable, and this neighborhood is showing moderate growth with stable to increasing property values. there is a normal amount of homes on the market, and marketing time is typical for this price range neighborhood.

## SITE

| Field | Value |
|---|---|
| Dimensions | 107' x 166.84' x 85.9' x 99' x 105' |
| Area | 21871 sf |
| Shape | Irregular |
| View | N;Res; |
| Specific Zoning Classification | RESIDENTIAL |
| Zoning Description | RESIDENTIAL |
| Zoning Compliance | ☐ Legal ☐ Legal Nonconforming (Grandfathered Use) ☒ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 01103C0208F    FEMA Map Date 08/16/2018
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
None noted other than typical utility

## IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner
☒ Other (describe) Exterior Inspection    Data Source for Gross Living Area Courthouse

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☒ Crawl Space | ☒ FWA ☐ HWBB | ☒ Fireplace(s) # 1 | ☐ None |
| # of Stories 1.5 | ☐ Full Basement ☐ Finished | ☐ Radiant | ☐ Woodstove(s) # 0 | ☒ Driveway # of Cars 1 |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☐ Patio/Deck None | Driveway Surface Concrete |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls Wood/Avg | Fuel Elec | ☒ Porch Cvd-Frt | ☐ Garage # of Cars 0 |
| Design (Style) Colonial | Roof Surface Asph Sh/Avg | ☒ Central Air Conditioning | ☐ Pool None | ☐ Carport # of Cars 0 |
| Year Built 1916 | Gutters & Downspouts None | ☐ Individual | ☐ Fence None | ☐ Attached ☐ Detached |
| Effective Age (Yrs) 40 | Window Type Wood/Avg | ☐ Other | ☐ Other None | ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Appliances unknown/Ext.Only

Finished area **above** grade contains: 9 Rooms    5 Bedrooms    2.1 Bath(s)    2,920 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.): All amenities are based on what is visible from the outside of the property or mls listings/sales if any available.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). C4;Physical- None noted. functional- none noted. External- none noted. Subject is in average condition on exterior.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe. Appraiser is not a home inspector, contractor, or environmental specialist. There were none of the above mentioned problems noted by appraiser. Appraiser always recommends any concerned parties using this appraisal seek inspections from qualified parties if desired.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011    Page 1 of 6    2055 March 2005

Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE    Serial# F984212C    esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 4 of 20

# Exterior-Only Inspection Residential Appraisal Report
File # 25525-000003

There are **2** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 45,000 to $ 165,000.
There are **11** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 40,000 to $ 160,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 901 Main St E, Hartselle, AL 35640 | 403 Main St E, Hartselle, AL 35640 | | 303 Hickory St SE, Hartselle, AL 35640 | | 612 Hickory St SE, Hartselle, AL 35640 | |
| Proximity to Subject | | 0.35 miles SW | | 0.42 miles SW | | 0.24 miles SW | |
| Sale Price | $ | $ 85,000 | | $ 86,000 | | $ 157,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 35.82 sq.ft. | | $ 27.74 sq.ft. | | $ 69.65 sq.ft. | |
| Data Source(s) | | NALMLS#1111000;DOM 64 | | NALMLS#1116581;DOM 2 | | NALMLS#1123542;DOM 35 | |
| Verification Source(s) | | Courthouse/Mls | | Courthouse/Mls | | Courthouse/Mls | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | | ArmLth Cash;0 | | ArmLth Conv;7000 | -7,000 |
| Date of Sale/Time | | s05/19;c04/19 | | s05/19;c04/19 | | s09/19;c08/19 | |
| Location | N;Suburban; | N;Suburban; | | N;Suburban; | | N;Suburban; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 21871 sf | 13529 sf | | 13500 sf | | 11571 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1.5;Colonial | DT1.5;Colonial | | DT1.5;Traditiona | | DT1.5;Historic | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q3 | -50,000 |
| Actual Age | 103 | 89 | | 79 | | 75 | |
| Condition | C4 | C4 | | C4 | | C3 | -15,000 |
| Above Grade Room Count | Total 9 / Bdrms. 5 / Baths 2.1 | Total 6 / Bdrms. 3 / Baths 2.0 | +750 | Total 7 / Bdrms. 4 / Baths 3.0 | -750 | Total 7 / Bdrms. 4 / Baths 2.0 | +750 |
| Gross Living Area | 2,920 sq.ft. | 2,373 sq.ft. | +11,487 | 3,100 sq.ft. | -3,780 | 2,254 sq.ft. | +13,986 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Cha | Cha | | Cha | | Cha | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Garage/Carport | 1dw | 2gd2dw | -4,000 | 1cp1dw | -1,000 | 1gd1dw | -2,000 |
| Porch/Patio/Deck | CvPr | CvPr | | stoop | | stoop | |
| Fireplace | 1 Fireplace | 4 Fireplaces | -4,500 | 2 Fireplaces | -1,500 | 1 Fireplace | |
| Fence, Pool, Etc. | None Noted | Detbld | -2,000 | Fenced | -1,000 | Fenced,Detbld | -3,000 |
| Amenities | None Noted | Shop,Workshop | -4,000 | Workshop | -2,000 | Workshop | -2,000 |
| Net Adjustment (Total) | | ☒ - | $ -2,263 | ☒ - | $ -10,030 | ☒ - | $ -64,264 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.7 % / Gross Adj. 31.5 % | $ 82,737 | Net Adj. 11.7 % / Gross Adj. 11.7 % | $ 75,970 | Net Adj. 40.9 % / Gross Adj. 59.7 % | $ 92,736 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain   Mls is typical information source and is considered duly diligent.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Mls is typical information source and is considered duly diligent.
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Mls is typical information source and is considered duly diligent.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Nalmls | Nalmls | Nalmls | Nalmls |
| Effective Date of Data Source(s) | 12/19/2019 | 12/19/2019 | 12/19/2019 | 12/19/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Per mls the subject property has not sold or transferred within the last 36 months. Per mls the comparable properties have not sold or transferred within the 12 months prior to listed sale.  Mls/public records is typical information source and is considered duly diligent.

Summary of Sales Comparison Approach   Of the comparables reviewed, these were the most comparable to the subject property.  Adjustments made as needed.  The subject property is compatible to the surrounding neighborhood.  It is typical in subjects market area for appraiser to extend comparable search time up to 12 months.

Indicated Value by Sales Comparison Approach $   85,000

**Indicated Value by: Sales Comparison Approach** $ 85,000   Cost Approach (if developed) $       Income Approach (if developed) $

The sales comparison approach is the most accurate in the appraisal of single family dwellings and thus given the most weight in this appraisal.  The cost approach was not considered due to age. Income approach was not considered due to lack of data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Exterior Only - Appraiser assumes no repairs are needed.

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   85,000, as of   12/19/2019, which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011    Page 2 of 6    2055 March 2005

Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 5 of 20

# Exterior–Only Inspection Residential Appraisal Report   File # 25525-000003

,HIS APPRAISAL IS AN APPRAISAL REPORT ACCORDING TO STANDARDS RULE 2, AND THE CLIENT COMMUNICATION IS ACCORDING TO USPAP STANDARDS. THIS ASSIGNMENT WAS MADE SUBJECT TO REGULATIONS OF THE STATE OF ALABAMA REAL ESTATE APPRAISERS BOARD. THE UNDERSIGNED STATE LICENSED REAL ESTATE APPRAISER HAS MET THE REQUIREMENTS OF THE BOARD THAT ALLOW THIS REPORT TO BE REGARDED AS A "CERTIFIED APPRAISAL".

The Intended User of this appraisal report is Ocwen Loan Servicing, LLC /Springhouse LLC The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

I have had no current or prospective interest in the subject property or the parties involved; No services were performed by the appraiser within the 3 year period immediately preceding acceptance of this assignment , as an appraiser or in any capacity. I certify, as the appraiser, that I have completed all aspects of this valuation, including reconciling my opinion of value, free of influence from the client, client's representatives, borrower, or any other party to the transaction.

COMPS UP TO 36.49 MILES AND 12 MONTHS TYPICAL FOR THIS AREA AND UNAVOIDABLE DUE TO STABLE MARKET WITH LONG TERM HOME OWNERSHIP IN A COMPETING MARKET.

Appraiser has been appraising in this area since 1998 full time and has completed numerous appraisals in this market within the past 12 months and is extremely geographically competent here.

A total room count adjustment was not needed other than the square footage adjustment and the bath count.

EXTERIOR ONLY INSPECTION ON 2055 FORM WAS REQUESTED. APPRAISER WAS NOT GRANTED INTERIOR ACCESS. SQUARE FOOTAGE AND ROOM COUNT INFORMATION WAS FROM COURTHOUSE RECORDS UNLESS OTHERWISE NOTED. APPRAISER ASSUMES ALL PLUMBING, MECHANICAL, AND ELECTRICAL SYSTEMS ARE FUNCTIONING ADEQUATELY.APPRAISER ASSUMES ROOF AND INTERIOR TO BE IN SIMILAR CONDITION TO COMPS FURNISHED.  APPRAISER ASSUMES ADEQUATE UPKEEP AND AVERAGE OR BETTER CONDITION FOR ALL ASPECTS OF THE SUBJECT. IF ANY OF THE ABOVE DATA IS FOUND TO BE INCORRECT THEN THE APPRAISER RESERVES THE RIGHT TO AMEND HIS VALUE ACCORDINGLY.

12/24/19
SITE VALUE IS $20,000.
SF WAS OBTAINED AFTER TALKING TO TAX OFFICE ON PHONE TO VERIFY SF BECAUSE HOUSE APPEARED LARGER AT TIME OF INSPECTION.
SUBJECT CAN BE REBUILT IF DESTROYED.APPRAISER DID DEVELOP HBU ANALYSIS.
90 DAY LIQUIDATION VALUE IS $78,000.

1/15/20
Appraiser was furnished a previous appraisal by client and relied on it for square footage and room count.Value was ammended.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Site value was obtained through market extraction which was supported by MLS lot sales in subjects area.

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW   OPINION OF SITE VALUE ............ =$
Source of cost data   DWELLING   2,920 Sq.Ft. @ $ .......... =$
Quality rating from cost service   Effective date of cost data   0 Sq.Ft. @ $ .......... =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.)   .......... =$
Garage/Carport   Sq.Ft. @ $ .......... =$
Total Estimate of Cost-New .......... =$
Less   Physical | Functional | External
Depreciation   =$( )
Depreciated Cost of Improvements ............ =$
"As-is" Value of Site Improvements ............ =$

Estimated Remaining Economic Life (HUD and VA only)   20 Years   INDICATED VALUE BY COST APPROACH ............ = $

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   X  Gross Rent Multiplier   = $   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   [ ] Yes   [ ] No   Unit type(s)   [ ] Detached   [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?   [ ] Yes   [ ] No   If Yes, date of conversion
Does the project contain any multi-dwelling units?   [ ] Yes   [ ] No   Data Source(s)
Are the units, common elements, and recreation facilities complete?   [ ] Yes   [ ] No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   [ ] Yes   [ ] No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 2055 March 2005   UAD Version 9/2011   Page 3 of 6   2055 March 2005
Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE
Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc Exhibit Exhibit 13    Page 6 of 20

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Freddie Mac Form 2055 March 2005   UAD Version 9/2011   Page 4 of 6   ı 2055 March 2005

Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE   Serial# F984212C   esign.alamode.com/verify

Case 20-80495-CRJ11   Doc 182-14   Filed 11/13/20   Entered 11/13/20 09:26:26   Desc
Exhibit Exhibit 13   Page 7 of 20

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011    Page 5 of 6    2055 March 2005

Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 8 of 20

# Exterior-Only Inspection Residential Appraisal Report

File # 25525-000003

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature: SEAN W HOLLIS | Signature: |
| Name: SEAN W. HOLLIS | Name: |
| Company Name: Hollis Appraisal | Company Name: |
| Company Address: 19058 E Limestone Rd, Athens, AL 35613 | Company Address: |
| Telephone Number: (256)-221-0971 | Telephone Number: |
| Email Address: priorityappraisal1st@gmail.com | Email Address: |
| Date of Signature and Report: 01/15/2020 | Date of Signature: |
| Effective Date of Appraisal: 12/19/2019 | State Certification #: |
| State Certification #: R00701 | or State License #: |
| or State License #: | State: |
| or Other (describe): State #: | Expiration Date of Certification or License: |
| State: AL | |
| Expiration Date of Certification or License: 09/30/2021 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect exterior of subject property |
| | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection: |
| **ADDRESS OF PROPERTY APPRAISED** | |
| 901 Main St E | |
| Hartselle, AL 35640 | |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 85,000 | **COMPARABLE SALES** |
| **LENDER/CLIENT** | |
| Name: Dart Appraisal | ☐ Did not inspect exterior of comparable sales from street |
| Company Name: Bryant Bank - Credit Administration | ☐ Did inspect exterior of comparable sales from street |
| Company Address: 1550 McFarland Blvd North, Tuscaloosa, AL 35406 | Date of Inspection: |
| Email Address: | |

Freddie Mac Form 2055 March 2005  UAD Version 9/2011  Page 6 of 6  2055 March 2005

Form 2055UAD - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE
Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 9 of 20

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Marvin Rankin | | | | File No. | 25525-000003 |
| Property Address | 901 Main St E | | | | | |
| City | Hartselle | County | Morgan | State | AL | Zip Code 35640 |
| Lender/Client | Bryant Bank - Credit Administration | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report    (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

This assignment was made subject to the regulations of the Alabama Real Estate Appraiser Board. The undersigned state licensed Real Estate Appraiser has met the requirements of the board that allow this report to be regarded as a "Certified Appraisal."

I certify that I have complied with the Home Valuation Code of Conduct in all aspects of the appraisal process. I have considered relevant competitive listings/contract offerings in performing this appraisal and my trend indicated by that data is supported by the listing/offering information included in this report.

Per Regulation Z: The appraisal was prepared in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice. The appraisal was prepared in accordance with the requirements of Title XI for the Financial Institutions eform, Recovery, and Enforcement Act of 1989, as amended. (12 U.S.C 331 et seq.) and any implementing regulations

The exposure time for this opinion of value is 90-180 days, which is considered typical to the local marketing area.

esign.alamode.com/verify    Serial:F984212C

**APPRAISER:**    **SUPERVISORY or CO-APPRAISER (if applicable):**

Signature: /s/ Sean W. Hollis
Name: SEAN W. HOLLIS
State Certification #: R00701
or State License #:
State: AL    Expiration Date of Certification or License: 09/30/2021
Date of Signature and Report: 01/15/2020
Effective Date of Appraisal: 12/19/2019
Inspection of Subject: [ ] None  [ ] Interior and Exterior  [X] Exterior-Only
Date of Inspection (if applicable): 12/19/2019

Signature:
Name:
State Certification #:
or State License #:
State:    Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: [ ] None  [ ] Interior and Exterior  [ ] Exterior-Only
Date of Inspection (if applicable):

Form ID14 - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE    Serial# F984212C    esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 10 of 20

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 11 of 20

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 12 of 20

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Version 9/2011 (Updated 1/2014)

**PLAT MAP**



Form SCNLGL - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

Case 20-80495-CRJ11    Doc 182-14    Filed 11/13/20    Entered 11/13/20 09:26:26    Desc
Exhibit Exhibit 13    Page 14 of 20

## Location Map

| Borrower | Marvin Rankin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 901 Main St E | | | | | |
| City | Hartselle | County | Morgan | State | AL | Zip Code 35640 |
| Lender/Client | Bryant Bank - Credit Administration | | | | | |



Form MAP.LOC - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

# AERIAL MAP



Form SCNLGL - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

Serial# F984212C
esign.alamode.com/verify

# Legal Description



Form SCNLGL - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE
Serial# F984212C
esign.alamode.com/verify

# Legal Description



# Property Record Card - 2019

| Owner Name and Mailing Address<br>LEMMOND MARY BETH<br>810 ISLAND WAY UNIT I<br>DECATUR, AL35601 | Parcel Number: 15 01 11 4 000 013.000<br>PIN: 35282 | Property Address:<br>901 MAIN ST EAST |
|---|---|---|
| Tax District: 09 | Land Value: $10,700 | Total Acres: 0.0 |
| Tax Due: $599.68 | Improvement Value: $65,400 | Square Feet: 0.00 |
| Tax Amount Paid: N/A | Misc. Improvement Value: $0 | |
| Date Paid: N/A | Total Value: $76,100 | |

**Brief Legal Description**
PT NW1/4 SE1/4 BEG AT INT E ROW BETHEL RD & NW ROW EAST MAIN ST TH N166.84' ON E ROW BETHEL RD TH E 85.9' TH SO 99' S 105' TO NW ROW EAST MAIN ST TH SO 107' ON ROW TO POB

| Lot: | Lot: |
|---|---|
| Block: | Block: |
| Subdivision/Plat Name: | Subdivision/Plat Name: |
| Plat Book: | Plat Book: |
| Plat Page: | Plat Page: |

## Deed Summary

| Instrument Number | Instrument Date |
|---|---|
| 2001-0003631 | 5/2/2001 |

## Improvement Summary

| Building Number | Year Built | Base Area | Total Living Area | Story Height | Final Value |
|---|---|---|---|---|---|
| 1 | 1916 | 1488 | 1834 | 1.5 | $65,400 |

## Miscellaneous Improvements

| Building Number | Category | Size | Base Rate | Sub Total | Index | Condition | Replacement Cost | Value |
|---|---|---|---|---|---|---|---|---|

9/27/2019 2:45:07 AM

1 of 1

Form SCNLGL - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE

**Serial# F984212C**
**esign.alamode.com/verify**



# State of Alabama

This is to certify that

## Sean W. Hollis

having given satifactory evidence of the necessary qualifications required by the laws of the State of Alabama is licensed to transact business in Alabama as a

**Certified Residential Real Property Appraiser**

With all rights, privileges and obligations appurtenant thereto.

LICENSE NUMBER: R00701
EXPIRATION DATE: 09/30/2021

Executive Director
ALABAMA REAL ESTATE APPRAISERS BOARD

Serial# F984212C

E&O

## LEXINGTON INSURANCE COMPANY
### WILMINGTON, DELAWARE
Administrative Offices – 99 High Street, Floor 23, Boston, Massachusetts 02110-23110

**Certificate Number:** 018393988-07

**This Certificate forms a part of Master Policy Number:** 018389876-07
**Renewal of Master Policy Number:** 018389876-06

> YOUR RISK PURCHASING GROUP MASTER POLICY IS A CLAIMS MADE POLICY.
> READ THE ATTACHED MASTER POLICY CAREFULLY

### THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS
### CERTIFICATE DECLARATIONS

1. **Name and Address of Certificate Holder:** Hollis and Associates Appraisals, LLC and Hollis Appraisal, Inc.
   PO Box 5781
   Decatur     AL     35601

2. **Certificate Period:** **Effective Date:** 06/30/19   to **Expiration Date:** 06/30/20
   12:01 a.m. Local Time at the Address of the Insured.

2a. **Retroactive Date:** 06/30/03
   12:01 a.m. Local Time at the Address of the Insured.

3. **Limit of Liability:** $ 1,000,000 each claim
   $ 1,000,000 aggregate limit

4. **Deductible:** $0 each claim

5. **Professional Covered Services insured by this policy are:** REAL ESTATE APPRAISAL SERVICES

6. **Advance Certificate Holder Premium:** $ 567

7. **Minimum Earned Premium:** 25% or $ 142

**Forms and Endorsements:**
PRG 3512 (12/15) Real Estate Appraisers Professional Liability Coverage Form, PRG 4020 (11/18) Addendum to the Declarations, PRG 3935 (2/16) Premises Liability Coverage Amendatory Endorsement, 89644 (6/13) Economic Sanctions Endorsement, 91222 (09/16) Policyholder Notice, 118477 (03/15) Policyholder Notice, 119914 (10/16) Recording and Distribution of Material or Information In Violation of Law Exclusion Endorsement, PRG 3150 (10/05) Real Estate Appraisers Professional Liability Insurance Declarations

**Additional Endorsements applicable to this Certificate only:**
None

**Agency Name and Address:** INTERCORP, INC.
1438-F West Main Street
Ephrata, PA 17522-1345

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS SET FORTH IN THE ATTACHED MASTER POLICY.

THIS POLICY IS ISSUED BY YOUR RISK PURCHASING GROUP INSURER WHICH MAY NOT BE SUBJECT TO ALL OF THE INSURANCE LAWS AND REGULATIONS OF YOUR STATE. STATE INSURANCE INSOLVENCY GUARANTY FUNDS ARE NOT AVAILABLE FOR YOUR RISK PURCHASING GROUP INSURER.

*Allen D Barry IV*     County: Morgan

Authorized Representative OR
Countersignature (in states where applicable)     **Date:** June 17, 2019

PRG 3152 (10/05)

Form SCNLGL - "Titan" appraisal software by a la mode technologies, llc - 1-800-ALAMODE
Serial# F984212C
esign.alamode.com/verify